United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] 2:11-cr-00052-LSC-HGD |
| EDWIN ORTIZ GONZALEZ, | ] |
| Defendant. | ] |

## Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Harwell G. Davis III, United States Magistrate Judge [Doc. 36] entered the 26th day of April, 2011. There being no objections, and the Court having considered the same, as well as the arguments of counsel, it is hereby ordered that the Report and Recommendation of the Magistrate Judge be accepted and adopted as entered.

Done this 23rd day of June 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167037